**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY JEROME MCKNIGHT,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-7830** |
| | : | |
| **KAREN COLLEEN BUCK,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 20th day of October 2026, upon consideration of Plaintiff Anthony Jerome McKnight's *pro se* Complaint (ECF No. 1) and Motion to Proceed *In Forma Pauperis* (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum. McKnight is not given leave to file an amended complaint in this civil action, but this order does not prejudice him from seeking relief in state court.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*Mary Kay Costello*

**MARY KAY COSTELLO, J.**